IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | CIVIL NO.: 5:96-CV-0091 |
| Plaintiff, | § | |
| | § | |
| v. | § | JUDGE: DAVID FOLSOM |
| | § | |
| THE AMERICAN TOBACCO | § | |
| COMPANY, ET AL., | § | MAGISTRATE JUDGE: |
| Defendants. | § | WENDELL C. RADFORD |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAR 18 1998
DAVID J. MALAND, CLERK

**DALLAS COUNTY, DALLAS COUNTY HOSPITAL DISTRICT, EL PASO COUNTY, EL PASO COUNTY HOSPITAL DISTRICT AND HARRIS COUNTY, HARRIS COUNTY HOSPITAL DISTRICT'S BRIEF IN FAVOR OF THE COURT'S CONSIDERATION OF THE 97 TEXAS COUNTIES AMICUS CURIAE BRIEF PERTAINING TO THE SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Dallas County, Dallas County Hospital District, El Paso County, El Paso County Hospital District, Harris County and Harris County Hospital District, Movants, file this Brief supporting the Court's consideration of the 97 Texas Counties Amicus Curiae Brief Pertaining to the Settlement in the above-referenced case and in furtherance thereof, would respectfully show the Court as follows:

1.  The 97 Counties' amicus brief parallels the arguments raised by Movants in this case. Movants have no objection to the Court considering the amicus brief. Movants agree with the amici that the Court should rule that the claims of Texas counties, and hospital districts, have not been litigated or settled in this case.

DALLAS COUNTY, DALLAS COUNTY HOSPITAL DISTRICT, EL PASO COUNTY, EL PASO COUNTY HOSPITAL DISTRICT AND HARRIS COUNTY, HARRIS COUNTY HOSPITAL DISTRICT'S BRIEF IN FAVOR OF THE COURT'S CONSIDERATION OF THE 97 TEXAS COUNTIES AMICUS CURIAE BRIEF PERTAINING TO THE SETTLEMENT - Page 1                    LITDAL: 178411.1 34865-1

1973

Respectfully submitted,

JENKENS & GILCHRIST,
A Professional Corporation
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
214/855-4500     Fax: 214/855-4300

*Bob Ries (by permission MB)*
Robert R. Ries
State Bar No. 16914500

ATTORNEYS FOR DALLAS COUNTY AND DALLAS COUNTY HOSPITAL DISTRICT, EL PASO COUNTY AND EL PASO COUNTY HOSPITAL DISTRICT AND HARRIS COUNTY AND HARRIS COUNTY HOSPITAL DISTRICT

Jose R. Rodriguez, El Paso County Attorney
State Bar no. 17146500
El Paso County Courthouse
500 E. San Antonio Ave., Rm. 203
El Paso, Texas 79901-2496
(915) 546-2050     (915) 546-2133 fax

OF COUNSEL FOR EL PASO COUNTY AND EL PASO COUNTY HOSPITAL DISTRICT

Michael P. Fleming, Harris County Attorney
State Bar no. 07130600
Harris County Courthouse
1001 Preston, Suite 634
Houston, Texas 77002
(713) 755-5101     (713) 755-7965 fax

OF COUNSEL FOR HARRIS COUNTY AND HARRIS COUNTY HOSPITAL DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 1998, a true and correct copy of the foregoing document has been forwarded to all known counsel of record in accordance with the provisions of Fed. R. Civ. P. 5 and the Case Management Order.

_____
Robert R. Ries