UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS,<br>    Plaintiff<br><br>v.<br><br>THE AMERICAN TOBACCO<br>COMPANY; R.J. REYNOLDS<br>TOBACCO COMPANY; BROWN &<br>WILLIAMSON TOBACCO CORP.;<br>B.A.T. INDUSTRIES, P.L.C.;<br>PHILIP MORRIS, INC.; LIGGETT<br>GROUP, INC.; LORILLARD TOBACCO<br>COMPANY, INC.; UNITED STATES<br>TOBACCO COMPANY; HILL &<br>KNOWLTON, INC.; THE COUNCIL<br>FOR TOBACCO RESEARCH - USA,<br>INC. (Successor to Tobacco Institute<br>Research Committee); and THE TOBACCO<br>INSTITUTE, INC.<br>    Defendants | §§§§§§§§§§§§§§§§§§§§§ | CAUSE NO. 5-96-CV-091 |



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 18 1998

DAVID J. MALAND, CLERK
BY _____ DEPUTY

### BRIEF OF MONTGOMERY COUNTY HOSPITAL DISTRICT
### AND TARRANT COUNTY HOSPITAL DISTRICT
### REGARDING AMICUS CURIAE BRIEF OF
### NINETY SEVEN TEXAS COUNTIES

NOW COME Montgomery County Hospital District, and Tarrant County Hospital District (hereafter "Texas Local Governments") and pursuant to the Court's order of March 16, 1998 file this brief regarding the Amicus Curiae Brief filed by ninety-seven Texas Counties (now by way of amended pleading one hundred four Texas Counties):

1974

I.

## Texas Local Governments Do Not Object To Consideration Of The Issues Briefed By Amicus Curiae

Texas Local Governments have no objection to the Court's review and consideration of Texas Counties Amicus Curiae Brief. In particular, Texas Local Governments agree with the position of amici counties that counties and hospital districts have claims for damages against the Tobacco Defendants which are separate and distinct from the damages alleged by the State in this case. Texas Local Governments also agree with the assertion by amici counties that the interests of the counties cannot be adequately represented by any party in this case.

Texas Local Governments disagree with the assertion that any intervenor cannot represent the counties as a class representative, however, it is unnecessary for the Court to entertain this issue at this time.

Texas Local Governments agree that the Indigent Health Care and Treatment Act, Texas Health & Safety Code Ann. §§ 61.021 et. seq., requires Texas Counties to provide health care services at significant expense to the counties.[1]

To the extent it is determined the claims of Texas Local Governments have been affected by the Settlement Agreement, Texas Local Governments agree with the objection of amici counties to the terms of the Settlement Agreement which establish a proposed allocation of settlement sums solely to the State's Treasury.

---

[1] The amounts expended by Texas Hospital Districts, including Intervenor Applicants, substantially exceeds the amounts expended by Texas Counties for unreimbursed health care, however, Texas Counties unreimbursed expenses in absolute dollar amounts are significant.

2

WHEREFORE, PREMISES CONSIDERED, Montgomery County Hospital District and Tarrant County Hospital District pray that the Court consider the position of amici counties as set forth in their Amicus Brief.

Respectfully submitted,

BICKERSTAFF, HEATH, SMILEY, POLLAN,
KEVER & MCDANIEL, L.L.P.
1700 Frost Bank Plaza
816 Congress Avenue
Austin, Texas 78701
(512) 472-8021
(512) 3230-5638 [FAX]

J. GREG HUDSON
State Bar Number 10156980
ATTORNEY IN CHARGE

STEVE BICKERSTAFF
State Bar Number 02293800

ANN CLARKE SNELL
State Bar Number 18788500

BY: *Greg Hudson (by permission MCS)*
J. GREG HUDSON
State Bar Number 10156980

**ATTORNEYS FOR MONTGOMERY COUNTY HOSPITAL DISTRICT AND TARRANT COUNTY HOSPITAL DISTRICT**

## CERTIFICATE OF SERVICE

I hereby certify in compliance with Fed. R. Civ. P. 5 and the Case Management Order of November 5, 1996, that a true and correct copy of the foregoing document has been sent to the following on this the 18th day of March, 1998.

**ADMINISTRATIVE LIAISON COUNSEL FOR ALL DEFENDANTS:**

Howard Waldrop
ATCHLEY, RUSSELL, WALDROP & HLAVINKA, L.L.P.
1710 Moores Lane
P.O. Box 5517
Texarkana, Texas 75505-5517
*Via Certified Mail — Return Receipt Requested & Facsimile (with diskette)*


**ADMINISTRATIVE LIAISON COUNSEL FOR PLAINTIFFS:**

Grant Kaiser
KAISER & MORRISON, P.C.
440 Louisiana, Suite 1440
Houston, Texas 77002-1634
*Via Certified Mail — Return Receipt Requested & Facsimile (with diskette)*


**COUNSEL FOR GOVERNOR GEORGE W. BUSH**

Stuart W. Bowen, Jr., Esq.
Assistant General Counsel
Office of the Governor
1100 San Jacinto, Suite 412
Austin, Texas 78711
*Via Certified Mail — Return Receipt Requested & Facsimile*

4

COUNSEL FOR DALLAS COUNTY, DALLAS COUNTY HOSPITAL DISTRICT, HARRIS COUNTY AND HARRIS COUNTY HOSPITAL DISTRICT

Robert R. Ries, Esq.
JENKINS & GILCHRIST
A Professional Corporation
1445 Ross Avenue, Suite 3200
Dallas, Texas 75202
*Via Certified Mail — Return Receipt Requested & Facsimile*


COUNSEL FOR HARRIS COUNTY AND HARRIS COUNTY HOSPITAL DISTRICT

Michael P. Fleming
Harris County Attorney's Office
1001 Preston, Suite 634
Houston, Texas 77002
*Via Certified Mail — Return Receipt Requested & Facsimile*


COUNSEL FOR NUECES COUNTY AND NUECES COUNTY HOSPITAL DISTRICT

Carl E. Lewis, Esq.
Nueces County Attorney
901 Leopard Street, Room 206
Corpus Christi, Texas 78401
*Via Certified Mail — Return Receipt Requested & Facsimile*


COUNSEL FOR SENATOR TROY FRASER, ET AL.

P.M. Schenkkan
GRAVES, DOUGHERTY, HEARON & MOODY
515 Congress Avenue, Suite 2300
P.O. Box 98
Austin, Texas 78767
*Via Certified Mail — Return Receipt Requested & Facsimile*


Greg Hudson (by permission MCB)
J. GREG HUDSON